# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Christopher Miller,

    Plaintiff,

        v.                                 Case No. 1:21-cv-00200

Tyler Parish, et al.,                     Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Magistrate Judge's January 20, 2022 Report and Recommendation ("R&R"). (Doc. 23).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the R&R in a timely manner. (Doc. 23 PageID 114); *see United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Although Plaintiff filed a Motion to Compel during the period to submit objections to the January 20, 2022 R&R, that filing does not relate to the recommendation that Plaintiff's motion to be transferred back to the Ohio State Penitentiary and/or for a temporary restraining order be denied. *Compare* (Doc. 23 (R&R), *with* (Doc. 25) (Plaintiff's Motion to Compel). Accordingly, no objections to the January 20, 2022 R&R have been filed, and the time to so file has passed.

It is hereby **ORDERED** that the January 20, 2022 R&R (Doc. 23) is **ADOPTED in full**, and Plaintiff's Motion to be Transferred (Doc. 20) is **DENIED**.

       **IT IS SO ORDERED.**                  /s Michael R. Barrett_____
                                                                     Michael R. Barrett, Judge
                                                                      United States District Court