UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Christopher Miller,

    Plaintiff,

        v.                           Case No. 1:21cv200

Tyler Parish, et al.,

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on June 29, 2023 (Doc. 51).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties may forfeit rights on appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 51) have been filed and the time to do so has expired.

Accordingly, it is **ORDERED** that the R&R (Doc. 51) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, the Defendants' Motion for Summary Judgment (Doc. 48) is **GRANTED;** and Plaintiff's Motion to Appoint Counsel (Doc. 50) is **DENIED as moot.**

    **IT IS SO ORDERED.**

                                *s/Michael R. Barrett*
                                Michael R. Barrett, Judge
                                United States District Court